| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Randy Hartley** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–4207** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Angela Hartley** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–7665** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Alabama** | Date case filed for chapter **13** <br> **September 6, 2016** | |
| Case number: | **16–32468** | | |

Official Form 309I

**Notice of Chapter 13 Bankruptcy Case**                                             12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Randy Hartley | Angela Hartley |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 172 County Road 205 <br> Jack, AL 36346 | 172 County Road 205 <br> Jack, AL 36346 |
| 4. | **Debtor's attorney** <br> Name and address | Joshua C. Milam <br> Shinbaum & Campbell <br> 566 S. Perry Street <br> Montgomery, AL 36104 | Contact phone 334–269–4440 <br><br> Email: jmilam@smclegal.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Sabrina L. McKinney [Acting] <br> P.O. Box 173 <br> Montgomery, AL 36101 | Contact phone 334–262–8371 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Church Street <br> Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM <br> Contact phone 334–954–3800 <br> Date: September 7, 2016 |

**For more information, see page 2 >**

Official Form 309I                    Notice of Chapter 13 Bankruptcy Case                            page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 18, 2016 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | **Location:**<br>**Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: December 19, 2016** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: January 16, 2017** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Claims can be filed electronically through the court's website at: www.almb.uscourts.gov/electronic–proof–claim.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:<br>Date: **November 28, 2016**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
United States Bankruptcy Court
Middle District of Alabama
```

In re:                                                                    Case No. 16-32468-DHW
Randy Hartley                                                             Chapter 13
Angela Hartley
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 1127-2          User: dewilliam          Page 1 of 2          Date Rcvd: Sep 07, 2016
                              Form ID: 309I            Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
```
db/jdb         +Randy Hartley,    Angela Hartley,    172 County Road 205,     Jack, AL 36346-5114
tr             +Sabrina L. McKinney [Acting],    P.O. Box 173,    Montgomery, AL 36101-0173
3606255        +ANDALUSIA REGIONAL HOSPITAL,     849 SOUTH THREE NOTCH STREET,    Andalusia, AL 36420-5399
3606257        +AT&T,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
3606258        +BAPTIST HEALTH,    C/O CHAMBLESS & MATH,    P O BOX 230759,    Montgomery, AL 36123-0759
3606259        +BAPTIST MEDICAL CENTER EAST,    PO BOX 241145,    Montgomery, AL 36124-1145
3606260         BAPTIST MEDICAL CENTER SOUTH,    PO BOX 241145,    Montgomery, AL 36124-1145
3606261        +CAINE & WEINER,    PO BOX 5010,    WOODLAND HILLS, CA 91365-5010
3606263        +CENTURYTEL,    C/O ROBINSON, REGAN & YOUNG,    260 CUMBERLAND BEND,    Nashville, TN 37228-1807
3606265        +CHILDREN'S HOSPITAL OF ALABAMA,    1600 7TH AVENUE, SOUTH,    BIRMINGHAM, AL 35233-1785
3606286       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: MABT/CONTFIN,    121 CONTINENTAL DR STE 1,    NEWARK, DE 19713)
3606267        +DALE MEDICAL CENTER,    126 HOSPITAL AVENUE,    OZARK, AL 36360-2080
3606270        +DR LANCE DYESS,    918 DRYATON AVE,    Elba, AL 36323-1448
3606271        +DR. LANCE DYESS,    918 DRAYTON AVE,    Elba, AL 36323-1448
3606272        +DR. NEWMAN,    1722 Pine St # 904,    Montgomery, AL 36106-1104
3606274        +ENTERPRISE MEDICAL CENTER,    400 N. EDWARDS STREET,    ENTERPRISE, AL 36330-2584
3606275        +ENTERPRISE MEDICAL CLINIC,    207 BRUNSON STREET,    ENTERPRISE, AL 36330-1924
3606252         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3606276        +EXEDE,    ViaSat Customer Support,    P.O. Box 4427,    Englewood, CO 80155-4427
3606254         EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3606280        +FLOWERS HOSPITAL,    P.O. BOX 6907,    DOTHAN, AL 36302-6907
3606281        +FLOWERS HOSPITAL,    4370 W MAIN ST,    Dothan, AL 36305-4000
3606282        +HOLL CRD,    PO BOX 230609,    MONTGOMERY, AL 36123-0609
3606283        +HOLLOWAY CREDIT SOLUTIONS,    PO BOX 6441,    DOTHAN, AL 36302-6441
3606284        +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3606285         LabCorp,    P.O. Box 2240,    Burlington, NC 27216-2240
3606288        +MDS/MEDICAL DATA SYSTEMS,    201-9TH AVE,    STE 312,    VERO BEACH, FL 32962
3606289        +MEDICAL DATA SYSTEMS (MDS),    2001 9TH AVE,    STE 312,    VERO BEACH, FL 32960-6413
3606293        +MIZELL MEMORIAL,    702 N MAIN ST,    OPP, AL 36467-1626
3606292        +MIZELL MEMORIAL,    P.O. BOX 429,    OPP, AL 36467-0429
3606287        +Mayo Clinic,    4500 San Pablo Road S,    Jacksonville, FL 32224-3899
3606294        +PMAB, LLC,    4135 SOUTH STREAM BLVD,    SUITE 400,    CHARLOTTE, NC 28217-4636
3606295        +SACRED HEART,    5151 N 9th Ave,    Pensacola, FL 32504-8795
3606296        +SOUTH ALABAMA ELECTRIC COOP,    13192 U.S. 231,    TROY, AL 36081-9109
3606299        +SPRINT,    800 SW 39TH STREET,    Renton, WA 98057-4975
3606300        +SS GILL,    145 Scouting Circle,    Troy, AL 36081-2540
3606301        +SUMMIT FINANCIAL CORP,    100 NW 100TH AVE,    PLANTATION, FL 33324-7008
3606302        +THE BUREAUS INC,    650 DUNDEE RD,    STE 370,    NORTHBROOK, IL 60062-2757
3606303        +TITLEMAX,    912 1/2 RUCKER BLVD,    Enterprise, AL 36330-2160
3606253         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
3606305        +TROY MRI,    1001 S Franklin Dr,    Troy, AL 36081-3849
3606306        +TROY REGIONAL MEDICAL CENTER,    1330 HWY 231 SOUTH,    Troy, AL 36081-3067
3606307        +UAB HOSPITAL,    619 SOUTH 19TH STREET,    BIRMINGHAM, AL 35233-1900
3606310        +WEEKS TIRES,    1883 Hickman Ave,    Elba, AL 36323-4207
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jmilam@smclegal.com Sep 07 2016 20:47:07     Joshua C. Milam,
                 Shinbaum & Campbell,    566 S. Perry Street,    Montgomery, AL  36104
3606256        +EDI: CINGMIDLAND.COM Sep 07 2016 20:43:00      AT & T,    P.O. BOX 536216,
                 Atlanta, GA 30353-6216
3606262         EDI: CAPITALONE.COM Sep 07 2016 20:43:00      CAPITAL ONE,    PO BOX 5155,
                 ATTN; BANKRUPTCY CORRESPONDENCE,    Norcross, GA 30091
3606264        +E-mail/Text: bklaw2@centurylink.com Sep 07 2016 20:47:26      CENTURYTEL,    100 CenturyTel Dr,
                 Monroe, LA 71203-2041
3606268         EDI: DIRECTV.COM Sep 07 2016 20:43:00      DIRECTV,    PO BOX 538605,    Atlanta, GA 30353
3606269        +EDI: ESSL.COM Sep 07 2016 20:43:00      DISH NETWORK,    9601 S MERIDIAN BLVD,
                 Englewood, CO 80112-5905
3606277        +EDI: BLUESTEM.COM Sep 07 2016 20:43:00      FINGERHUT,    6250 RIDGEWOOD RD,
                 ST CLOUD, MN 56303-0820
3606278        +EDI: BLUESTEM.COM Sep 07 2016 20:43:00      FINGERHUT,    6250 RIDGEWOOD RD,
                 SAINT CLOUD, MN 56303-0820
3606279        +EDI: BLUESTEM.COM Sep 07 2016 20:43:00      FINGERHUT/WEBBANK,    6250 RIDGEWOOD ROAD,
                 Saint Cloud, MN 56303-0820
3606291        +EDI: MERRICKBANK.COM Sep 07 2016 20:43:00      MERRICK BANK/GEICO CARD,    PO BOX 23356,
                 PITTSBURG, PA 15222-6356
3606290        +EDI: MERRICKBANK.COM Sep 07 2016 20:43:00      Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
3606297        +E-mail/Text: bankruptcies@samc.org Sep 07 2016 20:47:42     SOUTHEAST MEDICAL CENTER,
                 1108 ROSS CLARK CIR,    Dothan, AL 36301-3024
3606298        +EDI: NEXTEL.COM Sep 07 2016 20:43:00      SPRINT,    P O Box 105243,    Atlanta, GA 30348-5243
3606304         Fax: 912-629-1539 Sep 07 2016 21:10:59      TITLEMAX,    LEGAL DEPARTMENT,    15 BULL ST,
                 Savannah, GA 31401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
3606309        EDI: VERIZONWIRE.COM Sep 07 2016 20:43:00      VERIZON WIRELESS,   ONE ALPHARETTA PLACE,
                Alpharetta, GA 30004
3606308       +EDI: VERIZONEAST.COM Sep 07 2016 20:43:00      Verizon,   500 Technology Drive,   Suite 550,
                Weldon Springs, MO 63304-2225
                                                                                             TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3606266       ##+Covington Credit,    1111 Hwy 231 South Suite D,   Troy, AL 36081-3001
3606273       ##+ELBA GENERAL HOSPITAL,    987 DRAYSTON STREET,   ELBA, AL 36323-1402
                                                                          TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Joshua C. Milam    on behalf of Debtor Randy  Hartley jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Joshua C. Milam    on behalf of Joint Debtor Angela  Hartley jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 4
```