**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE: RANDY HARTLEY
172 CO RD 205
JACK, AL 36346

CASE NO: 16-32468-DHW

Soc. Sec. No. XXX-XX-4207
Debtor.

**INCOME WITHHOLDING ORDER**

TO: COFFEE CO BOARD OF EDUCATION
ATTN PAYROLL
400 REDDOCH HILL RD
ELBA, AL 36323

The debtor subjected all of his/her income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that COFFEE CO BOARD OF EDUCATION withhold from the wages, earnings, or other income of this debtor the sum of **$175.00 MONTHLY** and remit all such funds withheld to:

**CHAPTER 13 TRUSTEE**
**16-32468-DHW RANDY HARTLEY**
**P O BOX 613108**
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, November 30, 2016.

cc: Debtor
Debtor's Attorney

***/ s / Dwight H. Williams Jr.***
Dwight H. Williams Jr.
United States Bankruptcy Judge